THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State,
 
 
 Respondent,
 
 

v.

 
 
 Virgil Lee Jefferies,
 
 
 Appellant.
 
 

__________
Appeal From Cherokee County
 Gary E. Clary, Circuit Court Judge
__________
Unpublished Opinion No. 2003-UP-645  

Submitted August 20, 2003  Filed November 
 4, 2003
__________
APPEAL DISMISSED
__________
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
PER CURIAM: Virgil Lee Jefferies appeals 
 from his guilty plea to distribution of crack cocaine.  Jefferies contends the 
 trial judge erred by accepting his guilty plea without advising him of the sentencing 
 consequences. Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Jefferies counsel attached to the brief a petition to be relieved as counsel, 
 stating she reviewed the record and concluded Jefferies appeal lacks merit.  
 Jefferies filed a pro se brief, arguing the trial judge erred 
 in denying his motion to dismiss his attorney. After a thorough review of the 
 record and counsels brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Jefferies appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.